■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERAFINO NUNEZ, Appellant. [704 NYS2d 814] —Judgment, Supreme Court, New York County (Ira Beal, J., at hearing; Micki Scherer, J., at plea and sentence), rendered August 27, 1997, convicting defendant of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 4 years, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the court's credibility determinations, which are supported by the record (*see, People v Prochilo*, 41 NY2d 759, 761).

We perceive no abuse of sentencing discretion. Concur—Sullivan, P. J., Ellerin, Lerner and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN MILLWOOD, Appellant. [704 NYS2d 814] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered November 8, 1996, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, 4½ to 9 years, and 1 year, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the jury's determinations concerning identification and credibility. Concur—Sullivan, P. J., Ellerin, Lerner and Buckley, JJ.